UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**TENTATIVE CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9057 CAS (JCGx) | Date | April 15, 2013 |
|---|---|---|---|
| Title | MELVIN ANTHONY JR. V. CACH, LLC | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| n/a | n/a |

**Proceedings:**      **(In Chambers:)** ORDER DISMISSING CASE

    Plaintiff, proceeding pro se, filed the instant action in this Court on October 22, 2012. On November 19, 2012, defendant filed a motion to dismiss plaintiff's complaint. After granting plaintiff two continuances to allow him to respond to the motion, the Court held a hearing on March 11, 2013. Plaintiff did not appear at the hearing, and the Court granted defendant's motion to dismiss. Dkt. #17.

    The Court gave plaintiff leave to file an amended complaint by April 8, 2013, and noted that plaintiff's case could be dismissed with prejudice if an amended complaint were not filed by that date. Dkt. #17 at 6. As of the date of this order, plaintiff has filed neither an amended complaint nor a request for additional time in which to file an amended complaint. Accordingly, the Court hereby dismisses this case with prejudice.

    IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | MS | |